In the Matter of SEARS, ROEBUCK & Co., Appellant, against JOSEPH D. MCGOLDRICK, as Comptroller of the City of New York, Respondent.

Submitted January 16, 1939; decided February 21, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 279 N. Y. 184.)

In the Matter of the Estate of ABRAHAM RATCHICK, Deceased.

SARAH RATCHICK, Individually and as an Executor and Trustee under the Will of ABRAHAM RATCHICK, Deceased, et al., Appellants; PATCHOGUE CITIZENS BANK AND TRUST COMPANY, as an Executor and Trustee under the Will of ABRAHAM RATCHICK, Deceased, et al., Respondents.

Submitted February 20, 1939; decided February 21, 1939.

*Josepd T. Losee* for motion.
*Alexander G. Blue* opposed.
Motion denied.

LOS ANGELES INVESTMENT SECURITIES CORPORATION, Respondent, *v.* ALICE W. JOSLYN et al., Appellants.

Submitted February 20, 1939; decided February 28, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 279 N. Y. 734.)